# WARRANT OF ARREST

| United States District Court | DISTRICT: WESTERN DISTRICT OF WISCONSIN | |
|---|---|---|
| United States of America<br><br>v.<br><br>Willie Johnson<br><br>Defendant. | DOCKET NO. 20 CR 134 | MAGISTRATE JUDGE CASE NO. JDP |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:<br>Willie Johnson<br>Dane County Jail | |

Warrant Issued on the Basis of:

✓ Indictment ☐ Order of Court ☐ Information ☐ Complaint

TO: Any Authorized Law Enforcement Officer.

| District of Arrest: | City: |
|---|---|

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Attempted Arson

IN VIOLATION OF TITLE: 18 U.S.C. Section(s) 844(i)

Bail: DETENTION REQUESTED BY THE UNITED STATES ATTORNEY'S OFFICE

Other Conditions of Release:

| Ordered By: | Federal Judge/Magistrate Judge<br>Peter Oppeneer | Date Order: |
|---|---|---|
| Clerk of Court: | (By) Deputy Clerk | Date Issued: 10/22/2020 |

## RETURN

This Warrant was received and executed with the arrest of the above-named person.

| Date Received: | Date Executed: |
|---|---|
| Name and Title of Arresting Officer: | Signature of Arresting Officer: |